IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS JOHN HOWELL, #242767, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-100-WHA |
| KAY IVEY, et al., | ) |
| Defendants. | ) |

**ORDER**

On May 22, 2018, the Magistrate Judge entered a Recommendation (Doc. #25) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion to dismiss filed by Jefferson Dunn is GRANTED.

3. The claims against Jefferson Dunn are DISMISSED with prejudice.

4. Jefferson Dunn is DISMISSED as a party to this cause of action.

5. The claims for relief presented against defendants Ivey and Head be referred back to the Magistrate Judge for additional proceedings.

DONE this 18th day of June, 2018.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE