IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS JOHN HOWELL, #242767, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-100-WHA |
| | ) | |
| KAY IVEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 17, 2018, the Magistrate Judge entered a Recommendation (Doc. #38) to which no objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion to dismiss filed by Kay Ivey is GRANTED.

3. The claims against Kay Ivey are DISMISSED with prejudice.

4. Kay Ivey is DISMISSED as a party to this cause of action.

5. The claims for relief presented against defendant Lyn Head are referred back to the Magistrate Judge for additional proceedings.

DONE this 1st day of August, 2018.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On July 31, 2018, Plaintiff filed a document in which he states "he is in agreement with the Magistrate Judge's Recommendation of July 17, 2018[.]" Doc. #39.